**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CYBER LITIGATION INC.,[1]<br><br>           Debtor. | Chapter 11<br><br>Bankr. No. 20-12702 (CTG) |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust,<br><br>           Plaintiff,<br><br>vs.<br><br>ADAM P. ROGAS,<br><br>           Defendant. | Adv. No. 24-50180 (CTG) |

**PLAN TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, made applicable by Federal Rule of Bankruptcy Procedure 7056, Plaintiff Drivetrain, LLC (the "Plan Trustee"), in its capacity as plan trustee of the Cyber Litigation Trust of the estate of NS8 Inc. n/k/a Cyber Litigation Inc. moves for summary judgment in its favor and against Defendant. The Plan Trustee incorporates by reference its concurrently filed memorandum of law and *Declaration of Timothy Daileader in Support of Plan Trustee's Motion for Summary Judgment*.[2]

---

[1]     Debtor and the last four digits of its federal taxpayer identification number is as follows: Cyber Litigation Inc. (6056). The notice address for Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

[2]     Certain exhibits attached to the Daileader declaration were part of a master document production by Plaintiff to Defendant that was marked "confidential" out of an abundance of caution given the volume of production. For the avoidance of doubt, Plaintiff does not assert the exhibits attached to the Daileader declaration are confidential.

WHEREFORE, the Plan Trustee respectfully requests that this Court enter judgment in favor of the Plan Trustee and against Defendant in an amount no less than $135 million and grant such other and further relief as may be just and equitable.

Dated: July 10, 2025
       Wilmington, Delaware

**BLANK ROME LLP**

By: */s/ Stanley B. Tarr*
Stanley B. Tarr (No. 5535)
Jordan L. Williams (No. 7128)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: stanley.tarr@blankrome.com
jordan.williams@blankrome.com

-and-

John E. Lucian (*pro hac vice*)
One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone:    (215) 569-5500
Facsimile:    (215) 569-5555
Email: john.lucian@blankrome.com

*Counsel for the Plan Trustee*

2