**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re: CYBER LITIGATION INC.,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 20-br-12702 (CTG)** |
| **DRIVETRAIN, LLC (in its capacity as Trustee of the Cyber Litigation Trust)**<br><br>**Plaintiff,**<br><br>v.<br><br>**ADAM P. ROGAS,**<br><br>**Defendant.** | **Case No. 24-ap-50180 (CTG)** |

**DECLARATION OF ADAM P. ROGAS IN OPPOSITION TO
THE PLAN TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

I, Adam P. Rogas, affirm under oath that I am over 18 years of age and competent to make the following Declaration pursuant to 28 U.S.C. § 1746:

1. I submit this Declaration in opposition to the Plan Trustee's Motion for Summary Judgment.

2. I served as the President and Chief Executive Officer of NS8, Inc. ("NS8") from 2016 until my resignation on September 1, 2020.

3. Except as otherwise indicated, all facts set forth herein are based on my personal knowledge and experience while serving as President and CEO of NS8. If called upon as a witness to any facts set forth herein, I could and would competently testify thereto.

4. I co-founded NS8 in 2016 along with several others. The concept evolved significantly during our participation in the MACH37 cybersecurity accelerator, where we received early feedback and refined our product focus based on input from mentors, advisors, and market specialists.

5. The concept of NS8 was to build a scalable e-commerce anti-fraud detection platform for use by individual merchants and large e-commerce vendors such as Shopify.

6. NS8's business model was based on using predictive analytics and real-time scoring to analyze web traffic and detect fraud in real time at the merchant level.

7. I believed there was a clear market need - especially among smaller merchants who used platforms like Shopify and lacked the resources to implement enterprise-grade fraud detection tools.

8. NS8 partnered with platforms like Shopify and Magento (Adobe) to make its software available through their marketplaces, giving small merchants frictionless access to fraud protection tools.

9. NS8's initial software was a collaborative effort between me and one of my co-founders, who brought with him an early version of an analytics product that was already in use with live customers. We jointly refined and expanded this foundation into what became NS8's fraud detection platform.

10. I am the sole inventor of two patented methods of fraud detection, which were granted by the U.S. Patent and Trademark Office and internationally. The U.S. patents are US10552838B2 and US10592922B2, both issued under my name. These methods directly informed NS8's core detection stack, and I assigned all rights to the company to support its intellectual property portfolio.

2

11. From its inception, NS8 grew rapidly. We raised multiple rounds of capital, expanded internationally, and at our peak employed approximately 207 people directly across multiple countries.

12. Our team included engineers, sales and marketing staff, support teams, and administrative personnel responsible for delivering NS8's services and supporting a large merchant base across multiple ecosystems.

13. From 2016 to 2019, NS8 raised $9 million from early investors and an additional $11 million in an early 2019 funding round. I was instrumental in securing this early-stage financing.

14. As President and CEO, I worked around the clock to support NS8's operations and product delivery, and I worked to solve key technical, operational, financial, and strategic challenges.

15. By 2020, NS8 had gained meaningful visibility in both the Shopify and Magento ecosystems. In mid-2020, we secured an exclusive marketing partnership with Magento (Adobe), and we were finalizing a similar agreement with Shopify.

16. According to BuiltWith, an independent third-party platform that tracks technology usage across the internet, NS8's software had been installed on more than 20,000 merchant websites. BuiltWith's historical data for NS8 is available here: https://trends.builtwith.com/websitelist/NS8/Historical

17. BuiltWith operated entirely independently of NS8. Neither I nor anyone at NS8 had the ability to influence its reporting, which monitored live installations and uninstallations of our product.

18. NS8's visibility in these ecosystems was real. From the company's earliest days, we placed a heavy focus on controlling our narrative within the Shopify and Magento platforms. These platforms had enormous influence – they could boost or suppress a product's success through promotional visibility, API access, or partnership preferences. To compete, NS8 often presented itself as large or dominant, in order to attract attention and support.

19. Beginning in 2019, I made a series of decisions that crossed a line between narrative-driven promotion and fraudulent misrepresentation. Specifically, I knowingly supplied false revenue and account metrics to investors in an effort to reinforce the company's perceived growth and maintain momentum with both funding and ecosystem credibility. These choices were not made lightly. At the time, I believed they were the only way to keep the company moving forward. But once the weight of leading the company and its 200+ employees lifted, I saw with full clarity the harm I had caused. The decision has weighed on me ever since and will for the rest of my life.

20. I resigned from NS8 on September 1, 2020.

21. Even after my resignation, I believed NS8 could survive under new leadership. Through counsel, I reached out to the company to offer help, including:

a. Transition Support - to help stabilize operations, relationships, and partner continuity during a chaotic period;

b. Technical Continuity - to provide context on ongoing product rewrites I had led with a new data architect to fix longstanding implementation flaws;

c. Strategic Messaging - to help communicate NS8's ecosystem partnerships (Adobe/Magento and Shopify) and installation base;

d.      Board-Level Coordination - to help facilitate a cost-cutting and restructuring plan under new leadership that could protect the company's core assets.

22.    My offer was declined.

23.    Shortly thereafter, NS8 laid off most of its employees, filed for bankruptcy, and sold off its assets.

24.    Today, multiple companies exist that offer similar fraud detection tools and operate within the same Shopify and e-commerce ecosystems, many of them utilizing approaches strikingly similar to what NS8 pioneered.

## **OATH**

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 26th day of August, 2025.

_/s/  Adam P. Rogas_

Adam P. Rogas