## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re: CYBER LITIGATION INC.,**<br><br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 20-br-12702 (CTG)** |
| **DRIVETRAIN, LLC (in its capacity as Trustee of the Cyber Litigation Trust)**<br><br><br>**Plaintiff,**<br>**v.**<br><br><br>**ADAM P. ROGAS,**<br><br><br>**Defendant.** | **Case No. 24-ap-50180 (CTG)** |

## DEFENDANT ADAM P. ROGAS' OBJECTIONS TO THE DECLARATION OF TIMOTHY DAILEADER AND SUPPORTING EXHIBITS IN OPPOSITION TO PLAN <u>TRUSTEE'S MOTION FOR SUMMARY JUDGMENT</u>

**RICHARDS, LAYTON & FINGER, P.A.**
Russell C. Silberglied (No. 3462)
Robert C. Maddox (No. 5356)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
silberglied@rlf.com
maddox@rlf.com

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
William M. Sullivan, Jr. (*pro hac vice*)
Alex G. Anderson (*pro hac vice*)
1200 Seventeenth Street, NW
Washington, D.C. 20036
Telephone: (202) 663-8000
Facsimile: (212) 663-8007
wsullivan@pillsburylaw.com
alex.anderson@pillsburylaw.com

*Counsel for Defendant Adam P. Rogas*

## DEFENDANT'S EVIDENTIARY OBJECTIONS

Pursuant to Federal Rule of Civil Procedure 56(c)(2), applicable here pursuant to Federal Rule of Bankruptcy Procedure 7056, defendant Adam P. Rogas submits these evidentiary objections to the Declaration of Timothy Daileader and its supporting exhibits (Dkt. 24-1 to 24-25) submitted in support of plaintiff and Plan Trustee Drivetrain, LLC's (the "Trustee") motion for summary judgment (Dkt. No. 23, the "Motion").

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Declaration of Timothy Daileader ("Daileader Decl."), ¶ 4 | <u>Improper Legal Opinion:</u> The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud."  Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained  __ Overruled |
| | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation:</u> The declarant has not demonstrated a foundation or personal knowledge regarding the basis for NS8 hiring employees (including incurring expenses or costs), nor has the declarant demonstrated a foundation or personal knowledge regarding the veracity of "nearly all the customers" he contends were "fake" or "falsely made up."  Fed. R. Civ. P. 56(c)(4) (affidavits supporting summary judgment must be made on personal knowledge); Fed. R. Evid. 602 (witness testimony requires personal knowledge) | __ Sustained  __ Overruled |
| Daileader Decl., ¶ 6 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation:</u> The declarant has not demonstrated a foundation or personal knowledge regarding the assertion that the compensation and buybacks were "excessive"; the declarant also has not demonstrated a foundation or personal knowledge regarding who (Mr. Rogas or someone else) caused NS8 to make the payments.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained  __ Overruled |
| | <u>Improper Legal / Expert Opinion:</u> The declarant is either unqualified or has not established a basis to testify regarding whether the payments were "excessive." Fed. R. Evid. 702, 704; *Berckeley Inv. Grp., Ltd.*, 455 F.3d at 218. | __ Sustained  __ Overruled |

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Daileader Decl., ¶ 8 and Exhibits B-1 through B-5 | Improper Legal Opinion: The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud."  Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006).<br><br>Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the veracity of whether Mr. Rogas "deceived" NS8's Board during specified meetings. Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled<br><br>__ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 9 | Improper Expert Opinion: The declarant is either unqualified or has not established a basis to testify about whether and why "NS8 could have failed very early in its existence." Fed. R. Evid. 702. | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 10 | Improper Legal Opinion: The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud."  Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006).<br><br>Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the assertion about why the NS8 Board did or did not act.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled<br><br>__ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 13 | Improper Expert Opinion: The declarant is either unqualified or has not established a basis to testify about whether there was a "perpetual liquidity crisis." Fed. R. Evid. 702.<br><br>Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the assertion about what Mr. Rogas did or did not "depend on."  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled<br><br>__ Sustained<br>__ Overruled |

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Daileader Decl., ¶ 14 | Improper Legal Opinion: The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud." Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). <br><br> Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the assertion how the "investments were obtained," including the basis, reasoning, or rationale for any investor to make their investment. Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained <br> __ Overruled <br><br> __ Sustained <br> __ Overruled |
| Daileader Decl., ¶ 15 | Improper Legal Opinion: The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud." Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained <br> __ Overruled |
| Daileader Decl., ¶ 17 | Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the assertion that Mr. Rogas was the "driving force" in participation in the Tender Offer. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained <br> __ Overruled |
| Daileader Decl., ¶ 19 | Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding the conversations at issue in this paragraph. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained <br> __ Overruled |
| Daileader Decl., ¶ 20 | Lack of Foundation and/or Personal Knowledge and/or Speculation: The declarant has not demonstrated a foundation or personal knowledge regarding why the three individuals did or did not take any action; the three individuals can testify for themselves. Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained <br> __ Overruled |

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Daileader Decl., ¶ 21 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation</u>: The declarant has not demonstrated a foundation or personal knowledge regarding any of the assertions set forth in this paragraph.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 22 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation</u>: The declarant has not demonstrated a foundation or personal knowledge regarding any of the assertions set forth in this paragraph.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 23 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation</u>: The declarant has not demonstrated a foundation or personal knowledge regarding why the three individuals did or did not take any action; the three individuals can testify for themselves; the declarant has also not demonstrated a foundation or personal knowledge regarding what the SEC or Crowell & Moring LLP did or did not do, and for what reasons.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 24 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation</u>: The declarant has not demonstrated a foundation or personal knowledge regarding any of the assertions set forth in this paragraph, including the representations related to Ernst & Young, Crowell & Moring, or the three individuals.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 30 | <u>Improper Expert Opinion:</u> The declarant is either unqualified or has not established a basis to testify about whether $18.50 "was materially higher than the shares' actual value" or that the shares "were nearly worthless" or that NS8 was "insolvent."  Fed. R. Evid. 702.<br><br><u>Improper Legal Opinion:</u> The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud."  Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained<br>__ Overruled<br>__<br><br>__ Sustained<br>__ Overruled |

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Daileader Decl., ¶ 32 and Exhibit J | **Lack of Foundation and/or Personal Knowledge and/or Speculation:** The declarant has not demonstrated a foundation or personal knowledge regarding whether the "cash" was "comingled." Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| | **Improper Expert Opinion:** The declarant is either unqualified or has not established a basis to testify about whether the tender offer "worsened both [NS8's] capacity to cover its liabilities" and "to fund its actual operating losses." Fed. R. Evid. 702. | __ Sustained<br>__ Overruled |
| | **Improper Legal Opinion:** The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud"; the declarant is similarly unqualified (and cannot) opine on whether any of the investors has a fraud claim or whether that fraud claim accrued upon making the investment. Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 33 and Exhibit K | **Improper Legal Opinion:** The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud" or engaged in a "fraudulent scheme." Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained<br>__ Overruled |
| | **Lack of Foundation and/or Personal Knowledge and/or Speculation:** The declarant has not demonstrated a foundation or personal knowledge regarding whether and why the NS8 board of directors did or did not take any action, or when, why, and how Mr. Rogas gave over control of NS8's bank accounts. Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| | **Hearsay:** The entirety of the *Declaration of Eric Day*, attached as Exhibit K, is hearsay. Fed. R. Evid. 801-802. | __ Sustained<br>__ Overruled |

6

| Material Objected To: | Grounds For Objection: | Ruling: |
|---|---|---|
| Daileader Decl., ¶ 34 | <u>Improper Legal Opinion:</u> The declarant is unqualified (and cannot) opine on whether Mr. Rogas committed "fraud."  Fed. R. Evid. 704; *Berckeley Inv. Grp., Ltd. v. Colkitt*, 455 F.3d 195, 218 (3d Cir. 2006). | __ Sustained<br>__ Overruled |
| | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation:</u> The declarant has not demonstrated a foundation or personal knowledge regarding whether and why Ms. Kleeman or NS8 or the NS8 board of directors did or did not take any action.  Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |
| | <u>Improper Expert Opinion:</u> The declarant is either unqualified or has not established a basis to testify about a "severe liquidity crisis."  Fed. R. Evid. 702 | __ Sustained<br>__ Overruled |
| Daileader Decl., ¶ 35 | <u>Lack of Foundation and/or Personal Knowledge and/or Speculation:</u> The declarant has not demonstrated a foundation or personal knowledge regarding the purported "substantial" salary, bonuses, or other compensation Mr. Rogas received from NS8. Fed. R. Civ. P. 56(c)(4); Fed. R. Evid. 602. | __ Sustained<br>__ Overruled |

Respectfully Submitted,

Dated: August 26, 2025
      Wilmington, Delaware

*/s/ Russell C. Silberglied*

Russell C. Silberglied (No. 3462)
Robert C. Maddox (No. 5356)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302)-651-7700
Facsimile: (302)-651-7701
E-mail: silberglied@rlf.com
maddox@rlf.com

-and-

William M. Sullivan, Jr. (admitted *pro hac vice*)
Alex G. Anderson (admitted *pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1200 Seventeenth Street, NW
Washington, D.C. 20036
Telephone: (202) 663-8000
Facsimile: (212) 663-8007
Email: wsullivan@pillsburylaw.com
alex.anderson@pillsburylaw.com

*Counsel for Defendant Adam P. Rogas*