Drivetrain v. Rogas

Ap: 24-50180

| First Name | Last Name | Firm | | | Rep | | Via | |
|---|---|---|---|---|---|---|---|---|
| Christopher | Andrews | Cooley LLP | | | Plan Trustee | | Video and Audio | |
| Rick | Archer | Law360 | | | | | Audio Only | |
| Michael | Berkovits | Cooley LLP | | | Plan Trustee | | Video and Audio | |
| Patrick | Fitzmaurice | Pillsbury Winthrop Shaw Pittman LLP | | | Adam Rogas | | Video and Audio | |
| Clara | Geoghegan | Law360 | | | | | Audio Only | |
| Andrew | Goldstein | Cooley LLP | | | Plan Trustee | | Video and Audio | |
| Uday | Gorrepati | | | | | | Audio Only | |
| John | Lucian | Blank Rome LLP | | | Plan Trustee | | Video and Audio | |
| Colin | Meehan | Richards, Layton & Finger | | | Adam Rogas | | Video and Audio | |
| Vince | Sullivan | Law360 | | | | | Audio Only | |
| Stanley | Tarr | Blank Rome LLP | | | Plan Trustee | | Video and Audio | |
| Jordan | Williams | Blank Rome LLP | | | Plan Trustee | | Video and Audio | |
| Alex | Wittenberg | | | | | | Audio Only | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Drivetrain v. Rogas

Ap: 24-50180

