## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CYBER LITIGATION INC.,[1]<br><br>                  Debtor. | Chapter 11<br><br>Case No. 20-12702 (CTG) |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust,<br><br>                  Plaintiff,<br><br>vs.<br><br>ANTHONY DAWSON<br><br>Defendant. | Adv. Pro. No. 24-50177 (CTG)<br><br>**Re. Adv. No. 70, 73, 79, 82, 83, 89, 90, 92** |
| DRIVETRAIN, LLC, in its capacity as Trustee of the Cyber Litigation Trust,<br><br>                  Plaintiff,<br><br>vs.<br><br>ADAM P. ROGAS<br><br>Defendant. | Adv. Pro. No. 24-50180 (CTG)<br><br>**Re. Adv. No. 23-27, 29, 30, 51, 52** |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### STATUS CONFERENCES ON JULY 13, 2026 AT 1:00 P.M. (ET) AND 1:30 P.M. (ET)

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] Debtor and the last four digits of its federal taxpayer identification number is as follows: Cyber Litigation Inc. (6056). The notice address for Debtor is Cyber Litigation Inc., PO Box 34120, Las Vegas, NV 89133.

**1:00 PM: STATUS CONFERENCE (Drivetrain, LLC v. Rogas; 24-50180 (CTG)):**

1. Plan Trustee's Motion for Summary Judgment [Adv. D.I. 23; filed July 10, 2025]

   Objection/Response Deadline:  July 24, 2025; extended by agreement of the parties through and including August 26, 2025, with Plan Trustee's reply deadline also extended to September 23, 2025

   Objections/Responses:

   A. Defendant Adam P. Rogas' Response Brief in Opposition to the Plan Trustee's Motion for Summary Judgment [Adv. D.I. 25; filed August 26, 2025]

   Related Documents:

   B. Complaint [Adv. D.I. 1; filed October 28, 2024]

   C. Defendant Adam Rogas' Answer [Adv. D.I. 7; filed January 17, 2025]

   D. Declaration of Timothy Daileader in Support of Plan Trustee's Motion for Summary Judgment [Adv. D.I. 24; filed July 10, 2025]

   E. Declaration of Adam P. Rogas in Opposition to the Plan Trustee's Motion for Summary Judgment [Adv. D.I. 26; filed August 26, 2025

   F. Defendant Adam P. Rogas' Objections to the Declaration of Timothy Daileader and Supporting Exhibits in Opposition to Plan Trustee's Motion for Summary Judgment [Adv. D.I. 27; filed August 26, 2025]

   G. Plan Trustee's Reply in Support of Motion for Summary Judgment [Adv. D.I. 29; filed September 23, 2025]

   H. Notice of Completion of Briefing and Request for Oral Argument [Adv. D.I. 33; filed September 24, 2025]

   I. Order Scheduling Oral Argument [Adv. D.I. 33; entered September 26, 2025]

   J. Notice of Rescheduled Oral Argument [Adv. D.I. 34; filed October 28, 2025]

   K. Notice of Status Conference [Adv. D.I. 45; filed February 4, 2026]

   L. Letter to the Honorable Craig T. Goldblatt Regarding Summary Judgment [Adv. D.I. 51; filed June 12, 2026]

   M. Notice of Status Conference [Adv. D.I. 52; filed July 1, 2026]

   Status:  A status conference will go forward on this matter.

**1:30 PM - STATUS CONFERENCE (Drivetrain, LLC v. Dawson; 24-50177 (CTG)):**

2. Plan Trustee's Motion to Compel [Adv. D.I. 70; filed April 30, 2026]

   Objection/Response Deadline:  May 12, 2026 at 12:00 P.M. (ET)

Objections/Responses:

A. Defendant Anthony Dawson's Opposition to Plan Trustee's Motion to Compel [Adv. D.I. 73; filed May 12, 2026]

Related Documents:

A. Letter Ruling [Adv. D.I. 79; entered May 15, 2026]

B. Order Denying Motion to Compel [Adv. D.I. 80; entered May 15, 2026]

C. Letter to The Honorable Craig T. Goldblatt Regarding Discovery Dispute [Adv. D.I. 82; filed May 21, 2026]

D. Order [Adv. D.I. 83; entered May 22, 2026]

E. Declaration of William L. Coggshall in Support of Defendant Anthony Dawson's Opposition to Plan Trustee's Motion to Compel [Adv. D.I. 85; filed Mary 31, 2026]

F. Order Imposing Sanctions [Adv. D.I. 89; entered June 2, 2026]

G. Letter to the Honorable Craig T. Goldblatt Regarding Discovery Dispute Update [Adv. D.I. 90; filed June 3, 2026]

H. Letter to the Honorable Craig T. Goldblatt Regarding Discovery Dispute Update and Requesting Status Conference [Adv. D.I. 92; filed June 30, 2026]

I. Notice of Status Conference [Adv. D.I. 93; filed July 1, 2026]

Status:   A status conference will go forward on this matter.

.

Dated: July 9, 2026
        Wilmington, Delaware

**BLANK ROME LLP**

By:  */s/ Jordan L. Williams*
Stanley B. Tarr (No. 5535)
Jordan L. Williams (No. 7128)
1201 N. Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:    (302) 425-6400
Facsimile:    (302) 425-6464
Email: stanley.tarr@blankrome.com
         jordan.williams@blankrome.com

-and-

John E. Lucian (admitted *pro hac vice*)
Malcolm M. Bates (admitted *pro hac vice*)

One Logan Square
130 N. 18th Street
Philadelphia, Pennsylvania 19103
Telephone:      (215) 569-5500
Facsimile:      (215) 569-5555
Email: john.lucian@blankrome.com
            malcolm.bates@blankrome.com

*Counsel for Plaintiff, Drivetrain, LLC as Plan Trustee of the Cyber Litigation Trust*